## ALSOP v. GOODWIN.

Parol evidence not admissible to prove that certain expressions in a note meant what they expressed.

ACTION upon a note, dated 4th June 1778, for £474 5s. 10d. lawful money and interest. Plea full payment. Issue to the jury.

The plaintiff offered witnesses to prove that said note was for lawful silver money.

By the court not admitted; because unnecessary, the note speaks for itself. Had the motion come from the defendant, to have shown that it was given for the common currency of the country, which was called lawful money, the case would have been otherwise.

## CHAPMAN v. GRIFFIN.

The appraisers of land taken by execution, must all be freeholders of the town in which the land lies.

ACTION of ejectment. The plaintiff's title was the levy of an execution in A. D. 1789, duly made. The defendant sets up title under a levy made upon the same lands in A. D. 1783. All the appraisers were agreed upon by the creditor and debtor, but one of them did not belong to the town where the land lay.

Judgment was for the plaintiff; upon the ground, that the statute is express, that the land shall be appraised by freeholders of the same town; and the agreement of the parties cannot alter the law.